JEWELL BROWN v. THE STATE.

No. 8820.    Delivered April 22, 1925.

**Theft—Appeal from Corporation Court—Dismissed.**

This is an appeal from the corporation Court of Texarkana. The transcript was not forwarded to this court by the clerk of the court where tried nor is there any seal of the court attached as required by law,. and on motion of the State the appeal is dismissed. See Art. 931. C. C. P. Dyer v. State, 44 Tex. Crim. Rep. 78.

Appeal from the Corporation Court of Texarkana.    Tried below before the Hon. E. Harold Beck, Recorder.

Appeal from a conviction of a misdemeanor theft; penalty, six months in the county jail.

*T. N. Graham,* of Texarkana, for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for misdemeanor theft; punishment fixed at confinement in the county jail for a period of six months.

The case seems to have been tried in the Corporation Court of the City of Texarkana, Texas. The transcript appears to have been delivered by the clerk of the court to the attorney for the appellant and forwarded by him to this court. The law requires that it be sent by the clerk of the court in which the case was tried. See Art. 931, C. C. P.; Dyer v. State, 44 Texas Crim. Rep. 78.

It is observed that the transcript is further defective in that it it not bound with the seal of the court in which the cause was tried. as required by law. See Pittman v. State, #8821, not yet reported.

The appeal is dismissed.

*Dismissed.*